**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

In re:                                          )
                                                )          MDL Docket No. Pending No. 108
                                                )
SAMSUNG DATA BREACH                             )
LITIGATION                                      )
                                                )

**NOTICE OF ERRATA**

**PLEASE TAKE NOTICE THAT** Movants Naeem Seirafi and Shelby Holtzclaw ("Movants") respectfully submit the following Notice of Errata:

On October 7, 2022, Movants electronically filed the following documents: (1) Plaintiffs' Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (Dkt. 1); (2) Memorandum in Support of Plaintiffs' Motion (Dkt. 1-1); and (3) Schedule of Actions, including docket sheets and complaints for all related actions (Dkt. 1-2-1-12). Attorney Glenn A. Danas was erroneously left off the signature pages. Movants are now filing this Notice of Errata to add Mr. Danas as the attorney of record and include the corrected signature pages for Plaintiffs' Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings and the Memorandum in Support of Plaintiffs' Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, and to amend the Proof of Service indicating that all counsel and parties were served by email on October 7, 2022 and not served through the Multidistrict Ligation's CM/ECF system. The corrected signature pages for Plaintiffs' Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings are attached hereto as **Exhibit 1.** The corrected signature pages for the Memorandum in Support of Plaintiffs' Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial

1

Proceedings are attached hereto as **Exhibit 2.** The Amended Proof of Service is attached hereto as **Exhibit 3.**

Dated: October 12, 2022

Respectfully submitted,

*/s/ Glenn A. Danas*

Glenn A. Danas, Esq.
Ryan J. Clarkson, Esq.
Katherine A. Bruce, Esq.
Bahar Sodaify, Esq.
Yana Hart, Esq.
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Email: gdanas@clarksonlawfirm.com
Email: rclarkson@clarksonlawfirm.com
Email: kbruce@clarksonlawfirm.com
Email: bsodaify@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com

Sabita J. Soneji, Esq.
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 250-3370
Email: ssoneji@tzlegal.com

Hassan A. Zavareei, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Ste. 1000
Washington, DC 20036
Tel: (202) 973-973-0900
Email: hzavareei@tzlegal.com

*Counsel for Movants Naeem Seirafi and
Shelby Holtzclaw*

# Exhibit 1

*Corrected signature pages from Plaintiffs' Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings*

NOTICE OF ERRATA

# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

In re:                        )
                              )    MDL Docket No. _____
SAMSUNG DATA BREACH           )
LITIGATION                    )
                              )

## MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to 28 U.S.C. §1407 and Judicial Panel on Multi-District Litigation Rule 6.2, Movants Naeem Seirafi and Shelby Holtzclaw respectfully move the Panel for an Order transferring all of the currently-filed cases listed in the attached Schedule of Actions, as well as any cases subsequently filed involving similar facts or claims ("tag-along cases") to the United States District Court of the Northern District of California or, in the alternative, to the United States District Court of New Jersey to facilitate their expeditious litigation.

This motion is based on the Memorandum of Points and Authorities and Schedule of Actions filed herewith.

Dated: October 12, 2022                   Respectfully submitted,

                                          /s/ Glenn A. Danas
                                          Glenn A. Danas, Esq.
                                          Ryan J. Clarkson, Esq.
                                          Katherine A. Bruce, Esq.
                                          Bahar Sodaify, Esq.
                                          Yana Hart, Esq.
                                          **CLARKSON LAW FIRM, P.C.**
                                          22525 Pacific Coast Highway
                                          Malibu, CA 90265
                                          Tel: (213) 788-4050
                                          Email: gdanas@clarksonlawfirm.com
                                          Email: rclarkson@clarksonlawfirm.com
                                          Email: kbruce@clarksonlawfirm.com
                                          Email: bsodaify@clarksonlawfirm.com
                                          Email: yhart@clarksonlawfirm.com

Sabita J. Soneji, Esq.
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 250-3370
Email: ssoneji@tzlegal.com

Hassan A. Zavareei, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Ste. 1000
Washington, DC 20036
Tel: (202) 973-973-0900
Email: hzavareei@tzlegal.com

*Counsel for Movants Naeem Seirafi and Shelby Holtzclaw*

# Exhibit 2

*Corrected signature pages from the Memorandum in Support of Plaintiffs' Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings*

NOTICE OF ERRATA

1

Furthermore, the Northern District of California is appropriate transferee district because it presents a geographically convenient and accessible venue for this nationwide litigation. At least two cases (including the first filed action currently pending) have been filed in this district. One of the *related* cases is also pending in the Los Angeles Superior Court and will likely be removed to the Central District of California. The Northern District of California is easily accessible venue for nationwide litigation and will provide all parties with the geographically convenient forum all litigants and pending actions. San Francisco offers a large number of airports and places to stay. San Francisco International Airport is less than 15 miles from the proposed transferee courthouse. Furthermore, the Northern District of California holds its hearings remote via Zoom, allowing public access.

Alternatively, the *Seirafi* Plaintiffs propose assigning cases to Honorable William J. Martini in the District Court of New Jersey, where Defendant is headquartered and five of the related actions are pending. *See, e.g., In re Marriott Int'l, Inc., Customer Data Sec. Breach Litig.*, 363 F. Supp. 3d at 1374–75 ("We select the District of Maryland as the transferee district for this litigation. Marriott is headquartered in that district, and relevant documents and witnesses thus likely will be found there."). Judge Martini is a Senior Judge, and also has the necessary experience to administer this MDL matter.

## I.      CONCLUSION

For the reasons set forth herein, Plaintiffs' motion for transfer of actions pursuant to 28 U.S.C. § 1407 should be granted and these related actions, as well as any subsequently filed actions containing similar allegations, should be transferred to the U.S. District Court for the Northern District of California or, in the alternative, to the United States District Court of New Jersey.

Dated: October 12, 2022                          Respectfully submitted,

                                                 */s/ Glenn S. Danas*
                                                 Glenn S. Danas, Esq.
                                                 Ryan J. Clarkson, Esq.
                                                 Katherine A. Bruce, Esq.

2

Bahar Sodaify, Esq.
Yana Hart, Esq.
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Email: gdanas@clarksonlawfirm.com
Email: rclarkson@clarksonlawfirm.com
Email: kbruce@clarksonlawfirm.com
Email: bsodaify@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com

Sabita J. Soneji, Esq.
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 250-3370
Email: ssoneji@tzlegal.com

Hassan A. Zavareei, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Ste. 1000
Washington, DC 20036
Tel: (202) 973-973-0900
Email: hzavareei@tzlegal.com

*Counsel for Movants Naeem Seirafi and
Shelby Holtzclaw*

3

# Exhibit 3

*Amended Proof of Service*

NOTICE OF ERRATA

## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | MDL Docket No. _____ |
| SAMSUNG DATA BREACH | ) | |
| LITIGATION | ) | |
| | ) | |

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that on October 7, 2022, I electronically filed

the following: (1) Plaintiffs' Motion for Transfer of Actions to the Northern District of

California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings;

(2) Memorandum in Support of Plaintiffs' Motion; and (3) Schedule of Actions, including docket

sheets and complaints for all related actions with the Clerk of the Court using the Judicial Panel

on Multidistrict Litigation's CM/ECF system. I further certify that a copy of the foregoing was

served on all counsel or parties in the manners indicated and addressed as follows:

| Via U.S. Mail | |
|---|---|
| Clerk of the Court<br>U.S. District Court for the Northern District<br>of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Clerk of the Court<br>U.S. District Court for the Southern District<br>of New York<br>40 Foley Square New York, NY 10007 |
| Clerk of the Court<br>U.S. District Court of New Jersey<br>4th & Cooper Streets<br>Camden, NJ 08101 | Clerk of the Court<br>U.S. District Court of New Jersey<br>50 Walnut Street<br>Newark, NJ 07102 |
| Clerk of the Court<br>U.S. District Court of New Jersey<br>402 East State Street<br>Trenton, NJ 08608 | Clerk of the Court<br>U.S. District Court for the Northern District<br>of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604 |

| Via Electronic Mail | |
|---|---|
| Glenn A. Danas, Esq.<br>Ryan J. Clarkson, Esq.<br>Katherine A. Bruce, Esq.<br>Bahar Sodaify, Esq.<br>Yana Hart, Esq.<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Email: gdanas@clarksonlawfirm.com<br>Email: rclarkson@clarksonlawfirm.com<br>Email: kbruce@clarksonlawfirm.com<br>Email: bsodaify@clarksonlawfirm.com<br>Email: yhart@clarksonlawfirm.com<br><br>Sabita J. Soneji, Esq.<br>Hassan A. Zavareei, Esq.<br>TYCKO & ZAVAREEI LLP<br>1970 Broadway, Suite 1070<br>ssoneji@tzlegal.com<br>hzavareei@tzlegal.com<br><br>3:22-cv-5176<br>Counsel for Naeem Seirafi and Shelby<br>Holtzclaw<br>U.S.D.C Northern District of California | Mark Samuel Reich<br>Courtney Maccarone<br>LEVI & KORSINSKY LLP<br>55 Broadway<br>Ste 10th Floor<br>New York, NY 10006<br>mreich@zlk.com<br>cmaccarone@zlk.com<br><br><br><br><br>1:22-cv-7974<br>Counsel for Ronald Mark<br>U.S.D.C Southern District of New York |
| Joseph J. Depalma<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>570 Broad Street<br>Suite 1201<br>Newark, NJ 07102<br>jdepalma@litedepalma.com<br><br>2:22-cv-05767<br>Counsel for Joseph Rollins<br>U.S.D.C. New Jersey | Christopher A. Seeger<br>SEEGER WEISS LLP<br>55 Challenger Road<br>6th Floor<br>Ridgefield Park, NJ 07660<br>cseeger@seegerweiss.com<br><br>2:22-cv-5723<br>Counsel for Andrew Becker<br>U.S.D.C. New Jersey |
| James E. Cecchi<br>CARELLA BYRNE CECCHI OLSTEIN<br>BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>jcecchi@carellabyrne.com<br><br>2:22-cv-5724 | William S. Donio<br>COOPER LEVENSON, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401-4891<br>wdonio@cooperlevenson.com<br><br>2:22-cv-5722 |

| | |
|---|---|
| Counsel for Anthony Dipaola, Keanna Cole, Peggy Rodriguez, Indea Sanchez, and Angelina Alvarado Scott U.S.D.C. New Jersey | Counsel for Angela Robinson U.S.D.C. New Jersey |
| Mary L. Russell Roberta D. Liebenberg Gerard A. Dever FINE, KAPLAND AND BLACK, R.P.C One South Broad Street, 23rd Floor Philadelphia, PA 19107 mrussell@finekaplan.com rliebenberg@finekaplan.com gdever@finekaplan.com 2:22-cv-05745 Counsel for Jorge Fernandez U.S.D.C. New Jersey | Marc Edward Dann Brian D. Flick DANN LAW FIRM 15000 Madison Ave Lakewood , OH 44107 notices@dannlaw.com 1:22-cv-05325 Counsel for Jorge Newbery and Holly Ringling U.S.D.C. Northern District of Illinois |
| Marcus J. Bradley Kiley L. Gombacher Lirit A. King BRADLEY/GROMBACHER, LLP 31365 Oak Crest Drive, Suite 240 Westlake Village, CA 91361 mbradley@bradleygrombacher.com kgrombacher@bradleygrombacher.com lking@bradleygrombacher.com Bryan F. Aylstock, *pro hac vice pending* AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,LLC 17 East Main Street, Suite 200 Pensacola, FL 32502 baylstock@awkolaw.com 3:22-cv-05719 Counsel for Tammy Gutierrez U.S.D.C Northern District of California | Ann Marie Mortimer Jason J. Kim HUNTON ANDREWS KURTH LLP 550 South Hope Street, Suite 2000 Los Angeles, California 90071-2627 amortimer@HuntonAK.com kimj@HuntonAK.com Counsel for Defendant Samsung Electronics America, Inc. |

Dated: October 12, 2022

/s/ Glenn A. Danas
Glenn A. Danas, Esq.
Ryan J. Clarkson, Esq.
Katherine A. Bruce, Esq.
Bahar Sodaify, Esq.
Yana Hart, Esq.

**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Email: gdanas@clarksonlawfirm.com
Email: rclarkson@clarksonlawfirm.com
Email: kbruce@clarksonlawfirm.com
Email: bsodaify@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com

Sabita J. Soneji, Esq.
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 250-3370
Email: ssoneji@tzlegal.com

Hassan A. Zavareei, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Ste. 1000
Washington, DC 20036
Tel: (202) 973-973-0900
Email: hzavareei@tzlegal.com

*Counsel for Movants Naeem Seirafi and
Shelby Holtzclaw*

5

# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | MDL Docket No. _____ |
| SAMSUNG DATA BREACH | ) | |
| LITIGATION | ) | |
| | ) | |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on October 12, 2022, I electronically filed the following: (1) Notice of Errata; (2) Exhibit 1 Plaintiffs' Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings with corrected signature pages; (3) Exhibit 2 Memorandum in Support of Plaintiffs' Motion with corrected signature pages; (4) Exhibit 3 Amended Proof of Service; and (5) Proof of Service with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system. I further certify that a copy of the foregoing was served on all counsel or parties in the manners indicated and addressed as follows:

| Via U.S. Mail | |
|---|---|
| Clerk of the Court<br>U.S. District Court for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Clerk of the Court<br>U.S. District Court for the Southern District of New York<br>40 Foley Square New York, NY 10007 |
| Clerk of the Court<br>U.S. District Court of New Jersey<br>4th & Cooper Streets<br>Camden, NJ 08101 | Clerk of the Court<br>U.S. District Court of New Jersey<br>50 Walnut Street<br>Newark, NJ 07102 |
| Clerk of the Court<br>U.S. District Court of New Jersey<br>402 East State Street<br>Trenton, NJ 08608 | Clerk of the Court<br>U.S. District Court for the Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604 |

| Via Electronic Mail | |
|---|---|
| Glenn A. Danas, Esq.<br>Ryan J. Clarkson, Esq.<br>Katherine A. Bruce, Esq.<br>Bahar Sodaify, Esq.<br>Yana Hart, Esq.<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Email: gdanas@clarksonlawfirm.com<br>Email: rclarkson@clarksonlawfirm.com<br>Email: kbruce@clarksonlawfirm.com<br>Email: bsodaify@clarksonlawfirm.com<br>Email: yhart@clarksonlawfirm.com<br><br>Sabita J. Soneji, Esq.<br>Hassan A. Zavareei, Esq.<br>TYCKO & ZAVAREEI LLP<br>1970 Broadway, Suite 1070<br>ssoneji@tzlegal.com<br>hzavareei@tzlegal.com<br><br>3:22-cv-5176<br>Counsel for Naeem Seirafi and Shelby Holtzclaw<br>U.S.D.C Northern District of California | Mark Samuel Reich<br>Courtney Maccarone<br>LEVI& KORSINSKY LLP<br>55 Broadway<br>Ste 10th Floor<br>New York, NY 10006<br>mreich@zlk.com<br>cmaccarone@zlk.com<br><br><br><br>1:22-cv-7974<br>Counsel for Ronald Mark<br>U.S.D.C Southern District of New York |
| Joseph J. Depalma<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>570 Broad Street<br>Suite 1201<br>Newark, NJ 07102<br>jdepalma@litedepalma.com<br><br>2:22-cv-05767<br>Counsel for Joseph Rollins<br>U.S.D.C. New Jersey | Christopher A. Seeger<br>SEEGER WEISS LLP<br>55 Challenger Road<br>6th Floor<br>Ridgefield Park, NJ 07660<br>cseeger@seegerweiss.com<br><br>2:22-cv-5723<br>Counsel for Andrew Becker<br>U.S.D.C. New Jersey |
| James E. Cecchi<br>CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>jcecchi@carellabyrne.com<br><br>2:22-cv-5724 | William S. Donio<br>COOPER LEVENSON, P.A.<br>1125 Atlantic Avenue, Third Floor<br>Atlantic City, NJ 08401-4891<br>wdonio@cooperlevenson.com |

| | |
|---|---|
| Counsel for Anthony Dipaola, Keanna Cole, Peggy Rodriguez, Indea Sanchez, and Angelina Alvarado Scott<br>U.S.D.C. New Jersey | 2:22-cv-5722<br>Counsel for Angela Robinson<br>U.S.D.C. New Jersey |
| Mary L. Russell<br>Roberta D. Liebenberg<br>Gerard A. Dever<br>FINE, KAPLAND AND BLACK, R.P.C<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>mrussell@finekaplan.com<br>rliebenberg@finekaplan.com<br>gdever@finekaplan.com | Marc Edward Dann<br>Brian D. Flick<br>DANN LAW FIRM<br>15000 Madison Ave<br>Lakewood , OH 44107<br>notices@dannlaw.com |
| 2:22-cv-05745<br>Counsel for Jorge Fernandez<br>U.S.D.C. New Jersey | 1:22-cv-05325<br>Counsel for Jorge Newbery and Holly Ringling<br>U.S.D.C. Northern District of Illinois |
| Marcus J. Bradley<br>Kiley L. Gombacher<br>Lirit A. King<br>BRADLEY/GROMBACHER, LLP<br>31365 Oak Crest Drive, Suite 240<br>Westlake Village, CA 91361<br>mbradley@bradleygrombacher.com<br>kgrombacher@bradleygrombacher.com<br>lking@bradleygrombacher.com<br><br>Bryan F. Aylstock, *pro hac vice pending*<br>AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,LLC<br>17 East Main Street, Suite 200<br>Pensacola, FL 32502<br>baylstock@awkolaw.com | Ann Marie Mortimer<br>Jason J. Kim<br>HUNTON ANDREWS KURTH LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627<br>amortimer@HuntonAK.com<br>kimj@HuntonAK.com |
| 3:22-cv-05719<br>Counsel for Tammy Gutierrez<br>U.S.D.C Northern District of California | Counsel for Defendant Samsung Electronics America, Inc. |

Dated: October 12, 2022
                              /s/ Glenn A. Danas
                              Glenn A. Danas, Esq.
                              Ryan J. Clarkson, Esq.
                              Katherine A. Bruce, Esq.
                              Bahar Sodaify, Esq.
                              Yana Hart, Esq.

**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Email: gdanas@clarksonlawfirm.com
Email: rclarkson@clarksonlawfirm.com
Email: kbruce@clarksonlawfirm.com
Email: bsodaify@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com

Sabita J. Soneji, Esq.
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 250-3370
Email: ssoneji@tzlegal.com

Hassan A. Zavareei, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Ste. 1000
Washington, DC 20036
Tel: (202) 973-973-0900
Email: hzavareei@tzlegal.com

*Counsel for Movants Naeem Seirafi and
Shelby Holtzclaw*

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu CA 90265-5810



Clerk of the Court
U.S.D.C. of New Jersey
4th & Cooper Streets
CAMDEN NJ 08101-0000

RECEIVED

OCT 18 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK